IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 37761-0-III |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| MATTHEW TOTTEN, | ) | |
| | ) | |
| Appellant. | ) | |

LAWRENCE-BERREY, J. — Matthew Totten appeals his August 2020, Whitman County conviction for unlawful possession of a controlled substance. While this appeal was pending, the Washington State Supreme Court struck down the statute Mr. Totten was convicted of violating, former RCW 69.50.4013(1) (2017). *See generally State v. Blake*, 197 Wn.2d 170, 481 P.3d 521 (2021). Following the decision in *Blake*, Mr. Totten filed a motion to amend his brief and assignments of error to seek relief under *Blake*. We granted the motion.

The State now concedes that *Blake* controls the outcome of this appeal. We accept the State's concession. *See State v. Hanson*, 151 Wn.2d 783, 784, 91 P.3d 888 (2004) (holding that new rules, such as the one announced in *Blake*, apply to all cases not yet final). Because *Blake* requires vacation and dismissal of Mr. Totten's conviction, we do

No. 37761-0-III
*State v. Totten*

not reach his other assignments of error.

The judgment of the trial court is reversed and the case remanded for further proceedings in accordance with *Blake*.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

Lawrence-Berrey, J.

WE CONCUR:

Siddoway, A.C.J.

Staab, J.

2